# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JERRY THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-046 |
| | ) | |
| KENNETH D. PANGBURN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The District Judge consolidated *pro se* plaintiff Jerry Thomas' two 42 U.S.C. § 1983 cases against Hinesville, Georgia Municipal Court Judge Kenneth D. Pangburn. *See* doc. 22. He directed Thomas to file a single Amended Complaint asserting both claims. *Id.* at 7. Thomas has complied. Doc. 23. The Clerk has also issued a summons, presumably to effect service on Pangburn. *See* doc. 24. However, the undersigned previously entered an Order directing Thomas to show cause why he should not be sanctioned for submitting "a brief supported by citations which do not lead to any valid authority but are designed to appear valid . . . ." Doc. 15 at 13-14. Thomas responded, doc. 16, but the Court informed him that his response was insufficient and directed him to

1

supplement it, doc. 17. The deadline for him to supplement his response has passed, *see id.* at 2 (requiring response by June 27, 2023), and he has not complied, *see generally* docket.

Despite Thomas' compliance with the District Judge's Order, he remains noncompliant with the prior Order and he has not adequately shown why he should not be sanctioned. Given that his compliance with the District Judge's Order indicates his wish to pursue this case, the Court will afford him **one final** opportunity to explain his prior filing and his failure to respond timely to the Court's Order. He is **DIRECTED** to file his response no later than August 1, 2023. He is advised that failure to **fully** respond may result in a recommendation that his Amended Complaint be dismissed for failure to obey the Court's Order. *See, e.g., *Fed. R. Civ. P. 41(b); *see also, e.g., Link v. Wabash Railroad Co.*, 370 U.S. 626, 630-31 (1962).

**SO ORDERED,** this 17th day of July, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA