IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JERRY THOMAS,

    Plaintiff,

v.

KENNETH D. PANGBURN,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-46

**O R D E R**

After a careful de novo review of the entire record, the Court agrees with the Magistrate Judge's October 6, 2023 Report and Recommendation (R&R). (Doc. 59.) Plaintiff has filed an objection to the R&R, (doc. 61), which merely reiterates the same meritless arguments in the Amended Complaint, (*see* doc. 23), and Plaintiff's Opposition to Defendant's Motion to Dismiss, (*see* doc. 50). The Court **OVERRULES** Plaintiff's objections, (doc. 61), **ADOPTS** the Report and Recommendation, (doc. 59), as its opinion, and **GRANTS** Defendant's Motion to Dismiss Plaintiff's Amended Complaint, (doc. 48). Plaintiff's Amended Complaint is **DISMISSED**. (Doc. 23.) His motion to lift the stay is **DENIED** as moot. (Doc. 56.) The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 29th day of January, 2024.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA